IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Roy El Shamar Kareem Riley Bey, | ) |
| Plaintiff, | ) Civil Action No. 3:18-mc-265-TLW |
| v. | ) |
| Countrywide Home Loans Inc; Bank of LP; Nationstar Mortgage LLC; Federal National Mortgage Association; Lexington County Courthouse C/O Lisa M. Comer; Lexington County Sherriff's Department C/O Bryan Koon; Woodward Cothran & Herndon; Warren R. Herndon, Jr.; Tim Driggers Law Office C/O Tim Driggers; McGuire Woods LLP C/O Trent Grissom; State of South Carolina C/O Henry McMaster; Lexis Nexis; All Other In Possession, | ) |
| Defendants. | ) |

**ORDER**

Roy El Shamar Kareem Riley Bey brought this action seeking injunctive relief. ECF No. 1. This matter now comes before the Court for review of the Report and Recommendation (the Report) filed by United States Magistrate Judge Shiva V. Hodges, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(e), (D.S.C.). ECF No. 7. In the Report, the Magistrate Judge recommends that the Complaint be dismissed because it is frivolous. *Id*. Objections were due on August 14, 2018, however, Plaintiff failed to file objections to the Report.

This Court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept,

reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report, this Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Report and relevant filings. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation, ECF No. 7, is **ACCEPTED**, and this action is **DISMISSED** without prejudice and without issuance and service of process for failure to state a factual or legal basis upon which relief can be granted.

**IT IS SO ORDERED.**

__s/Terry L. Wooten_____<br>Chief United States District Judge

November 5, 2018
Columbia, South Carolina